Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Jennifer Selendy
Partner
212.390.9003
jselendy@selendygay.com

April 30, 2026

<u>Via ECF</u>

The Honorable Dale E. Ho
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:** *Genesis Global Holdco, LLC et al. v. Digital Currency Group, Inc. et al,*
> **26-cv-3230 (S.D.N.Y.)**

Dear Judge Ho:

We represent Genesis Global Holdco, LLC, Genesis Global Capital, LLC, and Genesis Asia Pacific Pte. Ltd. (together, "<u>Genesis</u>") in the above-captioned case. On March 25, 2026, the United States District Court for the District of Delaware found that this case is "related to" Genesis's title 11 bankruptcy proceedings, Dkt. 89, currently before the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"), *see In re Genesis Glob. Holdco, LLC*, 23-10063 (Bankr. S.D.N.Y.). On April 20, 2026, the District of Delaware transferred this case to the United States District Court for the Southern District of New York. Dkt. 90, 91.

We request that this Court enforce the Amended Standing Order Re: Title 11 (12-mc-32) and refer this case to Judge Sean H. Lane in Bankruptcy Court for this district. *See* Am. Standing Order of Reference Re: Title 11, 12-mc-32 (S.D.N.Y. Jan. 31, 2012).

We thank the Court for its consideration of this request.

The Honorable Dale E. Ho
April 30, 2026

Sincerely,

*/s/ Jennifer Selendy*

Jennifer Selendy
Partner

Cc:     All counsel (via ECF)

2