April 30, 2026

Via ECF

Re: *Genesis Global Holdco, LLC et al. v. Digital Currency Group, Inc. et al.*, 1:26-cv-03230 (S.D.N.Y.) (S.D.N.Y.)

The Honorable Dale E. Ho
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Ho:

We write jointly on behalf of the Defendants to the above-captioned action (the "Action") to respectfully request the Action's referral to the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") pursuant to this District's Standing Order of Reference Re: Title 11 (Order No. M-431, 2012) (the "Standing Order").

In January 2023, Plaintiffs commenced Chapter 11 bankruptcy proceedings in the Bankruptcy Court, which remain ongoing. *See In re: Genesis Glob. Holdco, LLC*, Case No. 23-10063 (SHL) (Bankr. S.D.N.Y.). In May 2025, Plaintiffs filed the Action in the Court of Chancery of Delaware. Defendant Digital Currency Group, Inc. ("DCG"), with the consent of all other Defendants, subsequently removed the Action to the United States District Court for the District of Delaware as "related to" Plaintiffs' bankruptcy under 28 U.S.C. § 1334(b). *See* ECF 1. The District Court (Hon. Richard G. Andrews, J.) thereafter denied Plaintiffs' motion to remand and granted Defendants' motion to transfer the Action to this District to proceed together with Plaintiffs' bankruptcy, holding that "there is a close nexus between the claims in this case and the bankruptcy proceeding" and, accordingly, that "[t]his Court has 'related to' jurisdiction under 28 U.S.C. § 1334(b)." ECF 89 at 9. Under the Standing Order, the Action should be referred to the Bankruptcy Court to proceed there because it is related to Plaintiffs' bankruptcy, a case under Title 11.

We have conferred with counsel for Plaintiffs regarding the requested relief. We understand that they concur that this Action should be referred to the Bankruptcy Court, but that they intend to write the Court separately to express their position.

Respectfully submitted,

/s/ Elliot Moskowitz
DAVIS POLK & WARDWELL LLP

Marshall S. Huebner
Benjamin S. Kaminetzky
Elliot Moskowitz
Daniel J. Schwartz
Matthew R. Brock
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
marshall.huebner@davispolk.com
ben.kaminetzky@davispolk.com
elliot.moskowitz@davispolk.com
daniel.schwartz@davispolk.com
matthew.brock@davispolk.com

*Counsel for Defendant Digital Currency
Group, Inc.*

-and-

/s/ Daniel Silver
CLIFFORD CHANCE US LLP
Daniel Silver
Anthony M. Candido
John P. Alexander
Two Manhattan West
375 9th Ave.
New York, NY 10001
(212) 878-8000
Daniel.silver@cliffordchance.com
Anthony.candido@cliffordchance.com
John.alexander@cliffordchance.com

*Counsel for Defendant Barry Silbert*

-and-

/s/ Marcus Asner
ARNOLD & PORTER KAYE
SCHOLER LLP
Marcus Asner
Christian Schultz
(*pro hac vice* application to be filed)

Michael K. Krouse
Yiqing Shi
Kodjo Kumi
250 W 55th Street
New York, NY 10019-9601
212.836.8000
Marcus.Asner@anroldporter.com
Christian.Schultz@arnoldporter.com
Michael.Krouse@arnoldpoert.com
Yiqing.Shi@arnoldporter.com
Kodjo.Kumi@arnoldporter.com

*Counsel for Defendant Soichiro "Michael" Moro*

-and-

/s/ Jeffrey H. Knox
SIMPSON THACHER & BARTLETT LLP
Jeffrey H. Knox
(*pro hac vice* application to be filed)
Karen M. Porter
(*pro hac vice* application to be filed)
900 G Street, N.W.
Washington, District of Columbia 20001
Tel: (202) 636-5500
Fax: (202) 636-5502
jeffrey.knox@stblaw.com
karen.porter@stblaw.com

*Attorneys for Defendant Mark Murphy*

-and-

/s/ Jessica Kaufman
MORRISON & FOERSTER LLP

Jessica Kaufman
Janie C. Buckley
250 West 55th Street
New York, NY 10019-9601
212.468.8000
Jkaufman@mofo.com
jbuckley@mofo.com

*Counsel for Defendants Ducera Partners, LLC and Michael Kramer*

-and-

/s/ Richard P. Donoghue
PILLSBURY WINTHROP SHAW
PITTMAN LLP

Richard P. Donoghue
Ari Berman
31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000
Richard.Donoghue@pillsburylaw.com
AriBerman@pillsburylaw.com

*Attorneys for Defendant Michael Kraines*