UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Genesis Global Holdco, LLC, et al., | |
| Plaintiffs, | 26-CV-3230 (DEH) |
| v. | ORDER |
| Digital Currency Group, Inc., et al, | |
| Defendants. | |

DALE E. HO, United States District Judge:

The Court is in receipt of the parties' joint request to transfer the above-captioned case to the United States Bankruptcy Court for the Southern District of New York, ECF Nos. 98, 103. That request is **GRANTED** pursuant to this District's Standing Order of Reference. *See* Am. Standing Order of Reference Re: Title 11, 12-mc-32 (S.D.N.Y. Jan. 31, 2012).

The Clerk of Court is respectfully directed to transfer this case to the Bankruptcy Court for the Southern District of New York.

SO ORDERED.

Dated:  June 2, 2026
        New York, New York

_____
DALE E. HO
United States District Judge